**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
P.O. Box 9264
Des Moines, Iowa 50306–9264
www.iasb.uscourts.gov

In the Matter of:                                                                                   Case No. 03–04724–lmj13
Peter Paul Belak

Debtor(s)

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

The Motion for Payment of Unclaimed Funds and Bar Date Notice in the above named case were duly transmitted to Interested Parties. No objection to the Motion for Payment of Unclaimed Funds having been filed.

**IT IS HEREBY ORDERED** that the Motion for Payment of Unclaimed Funds is granted. The Clerk of the U.S. Bankruptcy Court is ordered to pay **Ford Motor Credit, LLC** , whose address is **c/o Nancy McMillan, American Property Locators, Inc., 3855 S. Boulevard, Edmond, OK 73013** the amount of **$4,602.95** .

Judge Lee M. Jackwig
United States Bankruptcy Judge

**Entered on Docket**
**10/22/07**

39 – 36